UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

SANTO CASTRO, on behalf of himself and
all others similarly situated,

                               Plaintiff,

               -against-

MD 210 FOOD CORP. d/b/a BRAVO
SUPERMARKET and ANIBAL DIAZ,

                           Defendants.

------------------------------------------------------------------- X

**No. 23 Civ. 3865 (PGG) (SLC)**

**[PROPOSED] JUDGMENT**

     **WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Santo Castro and Waldis Veras Rodriguez ("Plaintiffs") on April 18, 2024; it is

     **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants MD 210 Food Corp. d/b/a Bravo Supermarket and Anibal Diaz, jointly and severally, in the amount of $35,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated:  New York, New York
        _____, 2024

                                        _____

                                        Hon. Paul G. Gardephe
                                        United States District Judge