UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANTO CASTRO, on behalf of himself
And all others similarly situated

Plaintiff,

- against -

MD 210 FOOD CORP. d/b/a BRAVO
SUPERMARKET and ANIBAL DIAZ,

Defendants.

**JUDGMENT**

23 Civ. 3865 (PGG) (SLC)

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Santo Castro and Waldis Veras Rodriguez ("Plaintiffs") on April 18, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants MD 210 Food Corp. d/b/a/ Bravo Supermarket and Anibal Diaz, jointly and severally, in the amount of $35,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

The Clerk of Court is directed to close this case.

Dated: New York, New York
September 1, 2026

Paul G. Gardephe
United States District Judge